1020

out of deceased's pocket. He consciously transferred the gun from his left to his right hand instead of withdrawing. On these facts, we agree with the trial court that defendant acted recklessly. Therefore, the decision of the trial court is affirmed.

Affirmed.

DRUCKER, P. J., and ENGLISH, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OZIE L. JACKSON *et al.*, (Impleaded), Defendants-Appellants.

(No. 56008; ▮▮▮▮▮▮▮▮▮▮)

First District (5th Division)—January 26, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Kohut, Assistant Public Defender, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Robert C. Samko, Assistant State's Attorneys, of counsel,) for the People.